UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANIE PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC., a Delaware corporation, DBA Walmart Store #2187, registered to do business in Washington,<br><br>    Defendant. | NO. 2:16-cv-00153-SAB<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

   Before the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 12. The parties stipulate that this case be dismissed in its entirety and with prejudice.

   Accordingly, **IT IS ORDERED:**

   1. The above-captioned case is **dismissed** with prejudice and without fees or costs to either party.

///
///
///
///
///

**ORDER DISMISSING ACTION AND CLOSING FILE ~ 1**

1  **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter
2  this Order, provide copies to counsel, and close the file.
3  **DATED** this 10th day of February, 2017.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION AND CLOSING FILE ~ 2**